# Third District Court of Appeal

## State of Florida

Opinion filed June 21, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1729
Lower Tribunal No. 21-15399

————————

**Birol Ozyesilpinar,**
Appellant,

vs.

**The Misfits Media Company Pty, Ltd., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Birol Ozyesilpinar, in proper person.

Thomas & LoCicero PL, and Dana J. McElroy and Daniela B. Abratt (Fort Lauderdale), for appellee Entertainment Studios Digital Media, LLC; Toth Funes PA, and Brian W. Toth and Freddy Funes, for appellees DMG Media Ltd., Daily Mail and General Trust PLC, Associated Newspapers Ltd., Reach PLC, and MGN Limited; Squire Patton Boggs (US) LLP, and Andrew R. Kruppa and Amanda E. Preston, for appellee Essence Communications, Inc.; Akerman LLP, and Ryan Roman and Eric D. Coleman, for appellee Black Entertainment Television, LLC.

Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> Fla. R. Civ. P. 1.070(j).